# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESLEY SERRANO-SANCHEZ,

    Defendant.

Case No. 2:17-cr-00275-KJD-CWH

**ORDER**

Presently before the Court is Defendant's Motion to Reopen Detention Hearing (#30). The Government filed a response (#34).

Having reviewed Defendant's motion and the Government's response, the Court finds Defendant has not met the requirements under 18 U.S.C. § 3143(a)(2) to warrant release pending sentencing. The Government has not recommended that no sentence of imprisonment be imposed on Defendant, nor is there clear and convincing evidence that Defendant is not likely to flee or pose a danger to any other person or the community, both of which are required under 18 U.S.C. § 3143(a)(2)(A) to warrant release pending sentencing.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Reopen Detention Hearing (#30) is **DENIED**;

IT IS FURTHER ORDERED that the Hearing on this Motion set for December 7th, 2017 at 9:00 a.m. is **VACATED**.

Dated this 6th day of December, 2017.

_____
Kent J. Dawson
United States District Judge